IN THE SUPREME COURT OF THE
STATE OF OREGON

TIM NESBITT, TRICIA BOSAK, and )
KRIS KAIN, )
)
Petitioners, )
)
v. )  SC   S50078
)
HARDY MYERS, Attorney )  **ORDER CERTIFYING**
General, State of Oregon, )  **MODIFIED BALLOT TITLE**;
)
Respondent. )  **APPELLATE JUDGMENT**


Having received no timely filed objections, the court certifies to the Secretary of State the Attorney General's modified ballot title for Initiative Petition 22 (2004) ORS 250.085(9).  A copy of the modified ballot title is attached to this order.

Dated this 24th day of June 2003.


---

WALLACE P. CARSON, JR.
CHIEF JUSTICE